# OSBORN LAW P.C.

| | | |
|---|---|---|
| Daniel A. Osborn, Esq. | 43 West 43rd Street, Suite 131 | Email: info@osbornlawpc.com |
| Lindsay M. Trust, Esq. | New York, New York 10036 | www.osbornlawpc.com |
| | Phone: 212-725-9800 | |
| | Facsimile: 212-500-5115 | |

August 13, 2021

MEMORANDUM ENDORSEMENT

**VIA ECF**

Honorable Kevin N. Fox
United States District Magistrate Judge
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *Mazza v. Commissioner of Social Security,*
                   Civil Action No. 1:20-cv-10062-VSB-KNF

Dear Judge Fox,

      We write on behalf of plaintiff, Lisa Loring Mazza, and with the consent of the defendant, to request a 60-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on August 15, 2021. Plaintiff respectfully requests an extension of time up to and including October 14, 2021. This is plaintiff's first request for an extension.

      Subject to the approval of the Court, the parties propose the following revised briefing schedule to the Court's June 30, 2021 Scheduling Order:

    a. Plaintiff to serve her motion for judgment on the pleadings on or before **October 14, 2021**;

    b. Defendant to serve its response/cross-motion on or before **December 13, 2021**; and

Honorable Kevin N. Fox
August 13, 2021
Page 2

    c. Plaintiff to serve her reply (if any) on or before **January 3, 2021**.

  Thank you for your consideration of this request.

8/18/21

The schedule noted above is adopted by the Court and will govern the parties' motion practice.
SO ORDERED:

*Kevin Nathaniel Fox* (signature)

Kevin Nathaniel Fox, U.S.M.J.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
dosborn@osbornlawpc.com

cc: Judith Cohen, Esq. (by ECF)