**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

LIZA LORING MAZZA,

Plaintiff,

20 **CIVIL** 10062 (VSB)

-against-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 9, 2022, although the Report and Recommendation explicitly provided that "the parties shall have fourteen (14) days from receipt of the Report to file written objections" and "FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS WILL RESULT IN A WAIVER OF OBJECTIONS AND WILL PRECLUDE APPELLATE REVIEW," neither party filed an objection or requested additional time to file an objection. The Court has reviewed Judge Willis's thorough and well-reasoned Report and Recommendation for clear error and, after careful review, found none. The Report and Recommendation is adopted in its entirety and the case is remanded pursuant to sentence four of Section 405(g); accordingly, the case is closed.

**Dated:** New York, New York
May 10, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**